**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2153

SHERRIE LYNN SMITH,

Plaintiff - Appellant,

v.

TAMMY SUE MARTZ, f/k/a Tammy Sue Keyser,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge. (1:21-cv-03072-CCB)

Submitted: April 28, 2023                    Decided: June 8, 2023

Before KING, WYNN, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Richard E. Schimel, LAW OFFICES OF RICHARD E SCHIMEL, LLC, Bethesda, Maryland, for Appellant. John M. Quinn, ETHRIDGE, QUINN, KEMP, ROWAN & HARTINGER, Rockville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peggy Sue Keyser died—and her estate was closed—in 2015. More than six years later, Sherrie Lynn Smith filed this suit accusing Tammy Sue Martz of fraud and breach of fiduciary duty in Martz's handling of Keyser's estate. The district court granted summary judgment for Martz, holding Smith's claims were barred by the applicable statute of limitations. Reviewing that judgment de novo, *see Warfaa v. Ali*, 1 F.4th 289, 293–94 (4th Cir. 2021), we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
